FILED
Filed on 7-18-2016
JUL 22 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Plaintiff: Ricardo Enriquez Sanchez
v.
Defendant: Wm. Stephens Dir.

Before The Lawsuit

ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNTION
&
A TEMPORARY RESTRAINING ORDER

CIVIL ACTION No. W16CA296

THE HONORABLE JUDGE PRECIDE.

CAME NOW RICARDO ENRIQUEZ SANCHEZ PLANTIFF, STAR A LAWSUIT IN US DISTRICT COURT, WESTERN DISTRICT OF TEXAS, WACO TX DIVICION Federal Court, To fight against <u>mistreatement</u> and <u>bad Condition</u> in Prision. "TDCJ."

## 1. JURIDICTION & VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES.

THE COURT HAS JURIDICTION UNDER 28 USC SECTION 2201 AND 2202 PLANTIFF, Ricardo Enriquez Sanchez Claim for INJUNTIVE Relief are AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 and Rules 65 of THE FEDERAL RULES OF CIVIL PROCEDURE.
&

2. PLANTIFF RICARDO ENRIQUEZ SANCHE CLAIM FOR RELIEF, FOR COMPENSATORY DAMAGE FOR PHYSICAL or OTHER HARM or CLAIM FOR NOMINAL OR PUNTITIVE DAMAGES; FOR ANY KIND OF HARM.

I

UPON THE COMPLAINT, THE SUPPORTING AFFIDAVITS OF (or) PLAINTIFFS. AND MEMORANDUM OF LAW SUBMITTED HEREWITH, IT IS:

DEFENDANTS

1) ORDERED that defendants - William (B.II) STEPHENS DIRECTOR, OF CORECTIONAL INSTITUTION Division Address: P.O. Box 99 Huntsville TX 77342 He is legally Responsible for the Operation of Texas Departament Criminal Justice he is correntty Operate in The Address above entile - Correctional Institution Division

2) Defendants Jones Senior Guardan of Huntsville Unit, STATE Texas Departament of Criminal Justice TDCJ he is legally Resposusably for the Operation of Huntsville Prision and for the welfere of all the inmates of that prison 815 12th St Huntsville TX 77340

3) Defendants Supervisor staff Officer Mr Pittman He is legally Responsible for the Operation of Texas Departament Manufacturia Textile factory 2º ST. 3:00 pm To 10:00pm. and Responsible for the Security and Work wise Second Shiftt Operators inmatts.

4) Defendants How Resul Responsible. Each defendent engage in facts is sued individually and in his official capacity and Employeds- medical practice At all time mentioned in this Complaint each defendan acted under the color of state Law

Dedendans against who you are seeking a preliminary inJuntion show cause to be Proces in Room 380 of the United States Courthouse on the ___ day of ___ 2016 at _____ o'clock, why a Preliminary inJuntion

5)          PLAINTIFFS
Ricordo Enriquez Sanchez is and was at all time mentioned herein a Prisioner of the State of Jester III Unit 3-8 #01745089 3 JESTER RD RICHMOND, TX 77406 he is Temporaly Confined in This Medical Unit To Revaluation and Obtain fhisical terapy for Reabilitation

6) Plantiffs came to the Honorable Court to Request help from the Court long before that A US Distric Court Judge has the power to order prision officials or Personal staff Member, Medical Departament Employes Doctor and Medical Practice to stop and Doing This:

IT IS FURTHER ORDERED THAT EFFECTIVE IMMEDIATELY, AND PENDING THE HEARING and determination of this order to show cause the defendants [Names of defendants againts whom you want Temporary Relief] and each of their Officers agents, employers, and all persons acting in Concert or Participation with them are restrained from [state the actions you want the action you want the TRO To Cover

(1) a. An Injuntion: Request plantiff and order issued by a Court that tells the defendants to do Respond all STEP 1 was is pendent in "Hospital, (b) Huntsville Unit, (c) Beto 1 unit, and (d) Jester 3 unit, (e) State unit

(2) Order issued by a Court that tells the Defendants Provide all Medical Records Request from the any Hospital or Clinic Regarding injury harm, fracture from the Accident on Friday 1st of April the 2016 include any X-Ray Report or escan. or Phisical Reports. and date of Phisical Terapy Reports. Any Reports

(3) Order issued by a Court that Defendants Stop doing inadecuate medical care or Denied eny help abailable or matter to Eliminate future pain or dangerous matter for my Relief

(4) Order issued by a Court that Defendants stop doing unsafe or extremely harsh condition To Litigation Plantiff Because They Denied in violation of any of my Rights.

4S

Actual or imminent injury I have to show the Court Came from (1) Inadecuate medical care, (2) Denied or Limit my access to the court (3) Overcrowded, unsafe, or extremely harsh Conditions

Lawsuit in Order to estructure and stabilish the Lawsuit in proper matter and cumple with the Exhaustion and intentions requirements and Give me the Oportunity to Complete my Prison's Grivance System before filing a lawsuit.

But Acording of the sixconstances Presented I am Consider I have an emergency situation and I don't know if I have Time or not because I have Two (2) Fractures and The Medical Conditions in this unit is in Question of Law: inadecuate medical care and Continuing Violation The Prisioners Rights They are indiferent to Attend Medical Request

In the Other Hand during the condition of transfer I was inavailable to acces to the Court or my Court Records or attend to the Law Library to Respond to the Court my Appeal for cause 2008-1925-C1 and 2008-1926-C2

Also Now I Suffered an actual Phisical injury I Have Paint in my Back, my leg, my heel, and my Lef Hand, may be abailable to Relief in Compensatory damage

Also May be The Point of Puntitive damage came after axident I was Recived a Dispocionary cause Minor and Dellberate indifference actual is Patent I need Phisical terapy for my Lef hand and Medical Boots and in this unit Denied Now The Eighth Amendment That protect the Righ to medical care. The Constitution gbarantes and State statute relating to medical care and tratement in Prison.

After firs Cirigy or Operation in my Leg from April 3 or 4. when the Officer from State unit intent to put me in the ambulance they put me in the flor and pull up and I suffered some harm or injury Remove the fracter in the flor of the Ambulance as Result of the prison official's deliberate indifference provocate a second (2-) Operation in my Leg. and I was in Reabilitation

Wherefore: Plantiff Pray the Court Permit Prisoner to access and use the Court System in good faith. based on the First Fifth and Fourtheenth Amendments to the Constitution

IT IS FURTHER ORDERED

That the Order to show Cause, and all other papers attached to this application be served on the aforesaid Plaintff be date

_____

Date _____
UNITED STATES District Judge

IN THE UNITED STATE
DISTRICT COURT
WESTERN DIVISION
WACO TX.

Affidavit.
7-18-2016

Came now Ricardo Enriquez Sanchez to present a written statement of fact from my Accident cause in injune in the Testile factory, in Houtsville unit 815 12TH ST. Huntsville TX. 77340 on Friday 1TH April, 2016. Aproximate Time 6:45 - 7:00 PM.

SWEARS.

I DECLARE THAT THE FOREGOIN STATEMEN IS TRUE UNDER PENALITY OF PERJURY FILE ON 7-18-2016 AT 7:00 PM IN THE CORECTIONAL PRISON, TEXAS DEPARTAMENT CRIMINAL JUSTICE JESTER III UNIT. 3 JESTER Road Richmond TX. 77406.

STATEMENT.

Came now Plaintiff Mr. Ricardo Enriquez Sanchez Legal Alian in The Unite State of America was Board in Mexico City on October 11 1963 actual, 82 Yers old. DL. 06221813 SS. 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

1). Plaintiff Mr. Ricardo Enriquez Sanchez was arrestet in violation of the Constitutional Bill of Rigths of woranty. On August 08th, 2008 Ricardo Enriquez Sanchez "(call 911)" To Request the Assistence of The Waco Police Departament to attend a Serious unespected Situation was occurrence in the own Apartament 340-D, Richlan Dr. Apts Landmark, Waco Tx 76710 that demands immediate action, becauce a sospehous Man intent came in (in the apartament) over night, But the Waco police violate Fourth Amendmend, They arrest Plaintff in side of the apartament without Justification. Was Result in suffer irreparable harm.

2). So on August 8th, 2008 I was arrested in Mclennan, Co. and detained in the County Jail it was then in 2008 I first began experiencing pain in my left heel.

3). We must wear Sandles in the County and for my entrice (3), year stay I Suffered a great amount of Pain in my left heel.

4). Eventhough I Request time and time again, I was never taken to the infirmary and only recived Non-aspirins from the guards.

5). Finally on November 2011 I was sent to TOCJ and placed On the Gurny Trasfer facility. Upon telling the Nurse on Gurny of the pain in my Left heel, She told me, not you worry because I would receive some New Boots.

6). I Received The Regular TOCJ BOOTS, but the pain continued Around March or April 2012.

7). I was Transferred to Byrd Unit and there I told therein The Nurse of the same medical problem, but I was unfortuntely ignored.

8.) After Staying aproximate 15-25 Days on Byrd Unit I was trasfered to Hartawer Unit There I told the Doctor that I experienced paint in my Lef heel and the Doctor Prescribed Ibuprophen and Naxproten. The pain in my heel continuate

9.) I was work in the Garmen factory of that unit "Hartawer" and I Told with my Supervicer about of my pain in my heel and I work in the sew machine and Reduce to Wokins. The Pain got a little better, but not much, I still had pain.

10) In February of 2014 I was trasferred to Huntsville unit and The Doctor from that unit Send me to State unit to check my heel and the provider in the State unit gave me insoles for my boots and Medical pass for one yer To Replace a New Insoles to be Redy on 2015 but They (New Medical provide) don't send me to the State Unit

11). I estill with pain and the Doctor In Huntsville also Give me an injection in my heel The firs injection in my Lef heel and stare a livebe paint in the Right heel but is more problem in the Lefe side he put steroid injection which had me doing well for about 2014 - 2015 a year.

12). On May 2015 The Pain in my heel started to Return I was send to the infermery Numerous time multiples Request attention for this matter and other medical Problems but I didn't get any medical care or apropiate atention for my heel in time. to prevent any Critisism or Harm.

13). After the reviwing my X-ray and Review the Records During 2016 and multiples Request and Agrivance step.1 The Administration Building Chain me of Job to the Textil factory and I was Recived an official Layin Pass to attend an appoitmen in the enfermery

14). On April 1ᵗʰ 2016 (6:45 Am) I was in the infermery The Doctor or The medical provider: "she" at the Huntville unit geve me another Steroid injection.

15). Afterward, I Requested a ⁽¹⁾one day medical Pass So I could rest, but was denied the Med. Provider Told me the Pain will be gone within a few haurs. But The Pain simple did Not go away

16). During 10:15 AM To 6:45 pm the pain still, I retorned to work or Store to work when call me 3:00 pm The paint descomfor in my foot was so excruciating That 3:15 pm I Reported to my Supervisor that I was unable to stand well especially over a Period more than a few minuts.

17). The Supervisor Mr. Pittman told me that I must Only Clean the Ceiling pipes an ducts from the Coten Roning also the Machins

18). He Give me an aluminum latter to Climb while Using a blower to blow the dust from the Ceiling pipes.

19). Although, I told the Officer I was in pain and in no Condition to be doing this tipe of work he ignored me and forced me to do so by direct order

20). I was obey the Order because if not he can give me a diciplinary cause or they can have the power to put us in segregation. I was file intimidate I began and had done extensive work cleaning the 3; machings remove barrels with matterial and cleaning pipes and on top of machines for a long period of time.

21). When I stepped with my left leg and couldn't feel a thing, in leg hed become numb and cramped up. As a result I slipped down I attempting to grab pipes to no fail, guail — and fell to the ground Then I came when I was on the ground and they toked my old insoles my tenis shoos, my clock wach and they intent to strech my leg but I can't do also they toked my safty glases, my hed cap.

22). They made pitchurs "photos." They give me 6 unit of morfine and Then I was Taken to (Huntsville Hospital) and they give me more drog and put a catet and saw the bross in my heel and my hand fractur and my leg freretor and still way for hors and they can't attend me my emergency in instance because I need a two operation one for my leg and other for my hand.

23). They Don't put me in The Hospital close to Huntsville they put me ut of the perimeter of Huntsville TX. or Huston TX. They sent me in the ambulance to Colestertion close to Dallas TX. 2 Hrs draving in the ambulance with pain, (Hospital St. Joseph.)

24). They give me more drog I was esliping and I don't kenow what happen, but I feel True The time pass Hrs. Bifore attention my fractur to fixy I fille strag I fill bad because I don't kenow what happen to me, I was not redy when they put me out to the Hospital to move me to the infermery of Beto unit, close to Waco TX.

25). After Officials of TDCJ Remove me from the St. Joseph Hospital and I arrived To the Beto 1 Infermery The personal of the Infermery move me multiples time of cell. (cell 13, Cell 16, Cell 7 and Cell 21. They don't help me to tack a Chower, the Clinic Condition is Poor and Dory. I was need a pop. shor to use the Rest Room or Toled They don't have or They don't want Provide I was fille a Agrivance Step 1 against the Enfermery Staff.

26). The access to Attend to the Law Library is Limittate or unabailavle for a inmates was stell in the infermery I have to made an other Agrivance and I send I Letter to the adminstration building to Request help becauce they don't have Cuficient 1-60 forms or Asrivance form, the acces to Recreation is poor and Condition, 2 Hrs daily in one Lire cell was They use for Recreation for 50 or mor inmatte in the same time. That is True.

27). The TDCJ. Cend me after operation to the Galveston Hospital, but whe heue trasfer in the Stete unit Closse to Huntsville Unit, So The Officers forse me to Go in to the Ambulance They Put me in the flor of the Ambulance and Pull me in and thoran-me and Soffer mesesary Pain. I made an agrivance Step 1

28). The staff Personal in the administration Building in the Beto 1 unit Give a Disposionary Cauce (menor Cauce) about of The Acxident was Result in injury was violate Police Procedure and Right of Plaintiff. Ricardo Enriquez Sancher. I made an agrivance step 1

29). On May 24 The Ortopedic in the Hospital Galveston made 2° Cecund Operation in my Leg, Cauce probable from the facts bifore I say "No (ZI)". The access to Court is Limit and they Provide not the access to the law Library in the Hospital or they don't have. I have Legal Leters to Respond to The court and I can't do becauce they Confiscate my propretys and Lose in time I was fill Agrivance step 1 and 1-60 form.

30). Now I am in Jester III Unit I arrived from Beto I Unit on Juny and the Docter no want help me he are despot in my Medical Problems. Also The Phisical terapy Supervisor Denied help me, with thing can help me in my Reavilitation. Exeple I was Request for medical boots or medical shoes because I need

31). I was in Beto I Unit infermery and the Hospitals with not shoes or boots from April 1st 2016. Accident date. one day before tranfermed me to this Unit Jester III The Phisical terapy from the Infermery Beto I Provide a State TDCJ. Tenis. Shoes. still in pain my heel.

32) I made two agrivance forms step 1 to the Doctor in this Unit because he don't want help me in instance I need attention.

Sumitted to the Honorable court.

Plantiff: Ricardo Enriquez Sanchez _M  S._
Sained on 7-18-2016

Certificate of Cervice

I declare under penglity of perjury that The foregoing is true and correct Statement Loreing to the United State District Court Western District of Texas. US District Clerk's Office 800 Franklin Avenue Waco Texas 76701 on 7-19-16

Respectfully Submitted _M  S._
Ricardo Enriquez Sanchez
procede in pro se & IFP.
TDCJ # 1745089
Jester III Unit. 3 Jester Rd.
Richmond, TX. 77406

Mr. Ricardo Enriquez Sanchez
#1745089
Jester III Unit 3-8
3 Jester Rd.
Richmond Tx. 77406

Legal mail:

To: The United States District Court
Western District of Texas
800 Franklin Avenue Waco Tx 76701

US District Clerk's Office